IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.  1:11cr462 |
| | : | |
| **TERRANCE KERNEY,** | : | |
| | : | |
| Defendant. | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Defense counsel respectfully requests that the Court allow her to withdraw from representing the defendant in the above matter.  As grounds for the motion, defense counsel states the following:

1. On September 20, 2011, the grand jury indicted the defendant on one count of conspiracy to commit robbery; one count of possession of a firearm in furtherance of a crime of violence; one count of possession of a firearm by a prohibited person; and one count of conspiracy to possess with intent to five kilograms or more of cocaine.

2. On September 30, 2011, the defendant was arraigned on the charges and his trial date was set for December 15, 2011.

3. At his arraignment, the defendant informed the court that a conflict has developed between counsel and himself, and that he does not believe she is representing his interests.

4. Counsel is of the opinion that there has been an irreparable breakdown in communication and trust between counsel and the defendant. This

conflict is impairing counsel's ability to effectively represent the defendant.

WHEREFORE, defense counsel requests that this motion be granted.

Respectfully submitted,

_____/s/_____
Joni C. Robin
Virginia Bar No. 44502
*Counsel for Terrence Kerney*
Law Office of Joni C. Robin, PLLC
108 N. Alfred St., Lower Level
Alexandria, Virginia 22314
Tel. 703.349.1111
Fax. 703.349.1118
***e-mail***: joni@jonirobinlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the "Motion to Withdraw as Counsel", along with proposed order, was electronically delivered this  3rd day of October 2011 to:

            Marc Birnbaum
            Assistant United States Attorney
            Justin W. Williams United States Attorney's Office
            2100 Jamieson Avenue
            Alexandria, VA 22314
            (703) 299-3700
            Marc.birnbaum@usdoj.gov

                                 /s/
            Joni C. Robin
            Virginia Bar No. 44502
            *Counsel for Terrance Kerney*
            Law Office of Joni C. Robin, PLLC
            108 N. Alfred St., Lower Level
            Alexandria, Virginia 22314
            Tel. 703.349.1111
            Fax. 703.349.1118
            ***e-mail****:* joni@jonirobinlaw.com